IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

vs.

SHERNAKEIA WARD and KEYA'S CORP.,

    Defendants.

Case No. 11-cv-999-JPG-SCW

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff's motion to dismiss (Doc. 30) which the Court construes as a notice of dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) a plaintiff may dismiss a defendant without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, the defendants have filed neither an answer nor a motion for summary judgment. Accordingly, the Court **GRANTS** plaintiff's motion to dismiss (Doc. 30) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** July 9, 2014

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**